**THE DISTRICT COURT OF GUAM**

IN RE:

KIM, CHONG C.,

Debtor.

BANKRUPTCY CASE NO. 13-00099

**ORDER**

Before the court is Chapter 7 Trustee's Motion and Memorandum of Points and Authorities in Support of Motion for Reconsideration of Order filed on June 28, 2019. *See* ECF No. 181. Therein, the trustee moves the court to reconsider its decision in staying Civil Case No. 16-00033, and moves the court to dismiss the case instead. *Id.* at 4. As the trustee clearly put it, "Civil Case No. 16-00033 seeks a declaratory judgment to exonerate the non-debtor spouse from liability from the Kumho mortgage, a quite title and cancellation of the *very* mortgage which this Court has determined in its June 28, 2019, Order that it is an estate liability which only the Trustee has standing to address[.]" *Id.* at 3-4 (emphasis added). Accordingly, in light of this court's finding that the non-debtor spouse has no standing to contest the validity of the mortgage lien on a property that belongs to the bankruptcy estate, *see* ECF No. 176, the court hereby **GRANTS** the trustee's motion for reconsideration. The stay imposed in Civil Case No. 16-

00033 is hereby lifted, and the case is dismissed for lack of standing.[1] The Clerk of Court shall file this order and the order dated June 28, 2019, ECF No. 176, in Civil Case No. 16-00033.

**SO ORDERED.**

---

[1] The non-debtor spouse, who is the plaintiff in Civil Case No. 16-00033, had notice of the motion for reconsideration and did not file any objection to said motion.